| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor PARKE BANK | Order Filed on January 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANIL B. SATHWARA and<br>SANGITA SATHWARA,<br><br>       Debtors. | Case No.: 19-31732-MBK<br><br>Chapter: 13<br><br>Hrg Date: January 8, 2020 at 9:00AM<br><br>Judge: Hon. Michael B. Kaplan |

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 10, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Anil B. Sathwara and Sangita Sathwara
Case No. 19-31732-MBK
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of PARKE BANK, by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to the real property described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit PARKE BANK to pursue its rights under applicable non-bankruptcy law as to the real property described below;

2. that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3); and

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Description of Subject Property**

**6 Whitehall Ave., Edison, New Jersey 08820**