UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor PARKE BANK

Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANIL B. SATHWARA and
SANGITA SATHWARA,

Debtors.

Case No.: 19-31732-MBK

Chapter: 13

Hrg Date: January 8, 2020 at 9:00AM

Judge: Hon. Michael B. Kaplan

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: January 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Anil B. Sathwara and Sangita Sathwara
Case No. 19-31732-MBK
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of PARKE BANK, by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to the real property described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit PARKE BANK to pursue its rights under applicable non-bankruptcy law as to the real property described below;

2. that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3); and

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Description of Subject Property**

**6 Whitehall Ave., Edison, New Jersey 08820**

United States Bankruptcy Court
District of New Jersey

In re:  
Anil B. Sathwara  
Sangita Sathwara  
       Debtors

Case No. 19-31732-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2020  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db/jdb       +Anil B. Sathwara,    Sangita Sathwara,    6 Whitehall Avenue,    Edison, NJ 08820-2622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC   dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Joseph   Casello    on behalf of Creditor Ritesh   Tolia jcasello@cvclaw.net,   jcasello627@gmail.com  
          Joseph I. Windman    on behalf of Debtor Anil B. Sathwara jwindman@aol.com  
          Joseph I. Windman    on behalf of Joint Debtor Sangita   Sathwara jwindman@aol.com  
          Rebecca K. McDowell    on behalf of Plaintiff    Parke Bank rmcdowell@slgcollect.com  
          Rebecca K. McDowell    on behalf of Creditor    Parke Bank rmcdowell@slgcollect.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 8