Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−31732−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anil B. Sathwara
aka Anilkumar B. Sathwara, aka Anilkumar
Babulal Sathwara
6 Whitehall Avenue
Edison, NJ 08820

Sangita Sathwara
aka Sangita Anil Kumar Sathwara
6 Whitehall Avenue
Edison, NJ 08820

Social Security No.:
xxx−xx−3406                                    xxx−xx−6259

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on January 16, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 17, 2020
JAN: rms

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                              Case No. 19-31732-MBK
Anil B. Sathwara                                                    Chapter 13
Sangita Sathwara
          Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                   Page 1 of 2                  Date Rcvd: Jan 17, 2020
                               Form ID: 148                  Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db/jdb         +Anil B. Sathwara,    Sangita Sathwara,    6 Whitehall Avenue,    Edison, NJ 08820-2622
cr             +Parke Bank,   c/o Saldutti Law Group,    800 N. Kings Highway, Suite 800,
                 Cherry Hill, NJ 08034-1511
cr             +Ritesh Tolia,    4 Jayhawk Way,    Holmdel, NJ 07733-1243
518638759      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518575530      +Chrysler Capital/Santander,    PO Box 660647,    Dallas, TX 75266-0647
518575532      +Doctor's Assocates Inc,    325 Sub Way,    Milford, CT 06461-3081
518575533      +Doctor's Associates Inc,    325 Sub Way,    Milford, CT 06461-3081
518575536      +Krish Foods LLC,    6 Whitehall Av,    Edison, NJ 08820-2622
518575537      +Macy's/DSNB,    Department Stores National Bank,    PO Box 9001094,    Louisville, KY 40290-1094
518575539      +Parke Bank,   601 Delsea Drive,    Sewell, NJ 08080-2833
518575538      +Parke Bank,   Saldutti Law Group,    800 N Kings Highway, Suite 300,
                 Cherry Hill, NJ 08034-1511
518579656      +Ritesh and Indu Tolia,    4 Jayhawk Way,    Holmdel NJ 07733-1243
518575540      +Riya-Ritu Foods LLC,    785 Shoppes Blvd,    North Brunswick, NJ 08902-2799
518575546     ++++SUBWAY REAL ESTATE, LLC,    325 SUB WAY,    MILFORD CT 06461-3081
                 (address filed with court: Subway Real Estate, LLC,     325 Bic Drive,    Milford, CT 06461)
518575542      +Serat F. Waraich,    7213 Wessex Place,    Princeton, NJ 08540-6552
518575543      +Serat F. Waraich,    Agha & Agha LLP,    7 Lincoln Highway Suite 214,    Edison, NJ 08820-3965
518575545      +Specialized Loan Servicing LLC,     PO Box 636005,    Littleton, CO 80163-6005
518575550      +US Small Business Administration,     501 I Street, Suite 12-100,    Sacramento, CA 95814-7310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:52      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518621030       EDI: HNDA.COM Jan 18 2020 04:58:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518575527       EDI: HNDA.COM Jan 18 2020 04:58:00      American Honda Finance Corp,    PO Box 105027,
                 Atlanta, GA 30348
518575526      +EDI: AMEREXPR.COM Jan 18 2020 04:58:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
518663622       EDI: BECKLEE.COM Jan 18 2020 04:58:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518575528       EDI: BANKAMER.COM Jan 18 2020 04:58:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
518575531       EDI: CITICORP.COM Jan 18 2020 04:58:00      Citi Cards,    PO Box 183113,    Columbus, OH 43218
518575529      +EDI: CAPITALONE.COM Jan 18 2020 04:58:00      Capital One Bank,    PO Box 6492,
                 Carol Stream, IL 60197-6492
518602024      +EDI: AIS.COM Jan 18 2020 04:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518610713       EDI: CHRM.COM Jan 18 2020 04:58:00      Chrysler Capital,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
518575535      +EDI: USBANKARS.COM Jan 18 2020 04:58:00      Elanco Financial Services,    PO Box 108,
                 Saint Louis, MO 63166-0108
518575541      +EDI: SEARS.COM Jan 18 2020 04:58:00      Sears Credit Card/Citibank,    CBUSASears,
                 PO Box 183081,    Columbus, OH 43218-3081
518575544      +E-mail/Text: bankruptcynotices@sba.gov Jan 18 2020 00:23:47      Small Business Administration,
                 409 3rd Street SW,    Washington, DC 20416-0002
518575547      +EDI: STF1.COM Jan 18 2020 04:58:00      Sun Trust FSB,    PO Box 85052,    Richmond, VA 23285-5052
518593594      +EDI: STF1.COM Jan 18 2020 04:58:00      SunTrust Bank,    Attn: Support Services,
                 P.O. Box 85092,    Richmond, VA 23286-0001
518575548      +EDI: STF1.COM Jan 18 2020 04:58:00      Suntrust Bank,    PO Box 85526,    Richmond, VA 23285-5526
518575549       EDI: USBANKARS.COM Jan 18 2020 04:58:00      US Bank,    PO Box 790409,    St. Louis, MO 63179
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518575534*    ++++DOCTOR'S ASSOCIATES INC,    325 SUB WAY,    MILFORD CT 06461-3081
                 (address filed with court: Doctor's Associates Inc,     325 Bic Drive,    Milford, CT 06460)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jan 17, 2020
                              Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joseph   Casello    on behalf of Creditor Ritesh   Tolia jcasello@cvclaw.net,   jcasello627@gmail.com
          Joseph I. Windman    on behalf of Debtor Anil B. Sathwara jwindman@aol.com
          Joseph I. Windman    on behalf of Joint Debtor Sangita   Sathwara jwindman@aol.com
          Rebecca K. McDowell    on behalf of Creditor    Parke Bank rmcdowell@slgcollect.com
          Rebecca K. McDowell    on behalf of Plaintiff    Parke Bank rmcdowell@slgcollect.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8
```